THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY<br>AKA JEREMY BRYAN BARNEY<br>RANDALL ENSLOW,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN ENSLOW et al.,<br><br>        Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:26-CV-38-DN<br><br>District Judge David Nuffer |

In this prisoner civil action, on June 4, 2026, the Court ordered "that Plaintiff has thirty days in which to SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to ensure payment of" his initial partial filing fee of $2.30. Dkt. No. 9. Plaintiff has still not paid the initial partial filing fee and was last directly[1] heard from on April 6, 2026, the day he filed this action--more than three months ago. Dkt. No. 1.

IT IS THUS ORDERED that this action is DISMISSED without prejudice for failure to follow the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 8th day of July, 2026.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge

---

[1] The financial certificate received on April 27, 2026 was sent by Utah Department of Corrections' inmate-account office. Dkt. No. 7.